# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY D. LATOUR,<br><br>             Plaintiff,<br><br>     v.<br><br>SCHWARZENEGGER, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-00407-AWI-DLB PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 8)<br><br>RESPONSE DUE WITHIN 30 DAYS |

Plaintiff Cory D. LaTour ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 16, 2008, the Court dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted and ordered Plaintiff to file a further amended complaint within thirty days from the date of service of the order. Plaintiff did not comply with the Court's order and on February 9, 2009, the Court issued a Findings and Recommendation recommending that this action be dismissed.

Plaintiff filed an objection on February 27, 2009. Plaintiff states that on January 11, 2009, Plaintiff was attacked at Pleasant Valley State Prison. Plaintiff was removed from the yard and all of his property was taken and stored. Plaintiff was placed in ad seg and stripped of all materials. Plaintiff states that his failure to respond was a direct result of his confinement.

Good cause appearing, the Court shall vacate the Findings and Recommendations issued February 9, 2009. Within thirty (30) days of service of this order, Plaintiff is to file an amended complaint in compliance with the Court's order filed December 16, 2008. If Plaintiff does not wish to pursue this action, Plaintiff may provide notice of voluntary dismissal of all of Plaintiff's claims

1  within 30 days of the service of this order.  Fed. R. Civ. P. 41.

2      Failure to comply with this order will result in a recommendation that this action be
3  dismissed.

4      IT IS SO ORDERED.

5      **Dated:**   **March 5, 2009**          **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE